## SPECIAL INTERROGATORIES TO THE JURY

**Do you find from a preponderance of the evidence:**

1. That Walmart terminated Mr. Miles?

   (Yes)    No

2. That Walmart terminated Mr. Miles because of Mr. Miles's disability?

   (Yes)    No

*If you answer either Question #1 or #2 'No', your deliberations are over. Your foreperson will sign and date the verdict form.*

*If you answer both Question #1 and #2 yes, then answer Questions #3 and #4.*

**Do you find from a preponderance of the evidence:**

3. That Mr. Miles should be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict?

   (Yes)    No

   If you answer "Yes," in what amount? $ 6,552.00

4. That Mr. Miles should be awarded damages to compensate for emotional pain and mental anguish?

   Yes    (No)

   If you answer "Yes," in what amount? $ _____

**SO SAY WE ALL.**

DATE: 9/15/21

_____
Foreperson Signature