# EXHIBIT 9

Report of Attorney Time for Brian O. Noble

# Time and Expense Report

9/28/2021

| Date | Client / Matter Ref | Code | Description | Dur/Qty |
|---|---|---|---|---|
| **Time** | | | | |
| 8/20/2019 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | CSAS<br>Brian O. Noble | Discuss case strategy and discovery with KDH. | 0.20 |
| 8/22/2019 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | REVI<br>Brian O. Noble | Review client documents, pleadings, and court orders, among other things, in preparation for propounding discovery. | 1.10 |
| 12/20/2019 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | CSAS<br>Brian O. Noble | Plan and strategize with CEG and KDH regarding response to motion for protective order. | 0.40 |
| 3/09/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | CSAS<br>Brian O. Noble | Evaluate anticipated summary judgment arguments. | 0.30 |
| 3/10/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | CSAS<br>Brian O. Noble | Identify summary judgment deadlines. | 0.20 |
| 3/19/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | CSAS<br>Brian O. Noble | Discuss defendant's evidentiary submissions. | 0.20 |
| 3/26/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | REVI<br>Brian O. Noble | Read through client file, including pleadings, orders, discovery documents, and briefs, among other things, to become familiar with case for motion practice. | 2.70 |
| 3/30/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | REVI<br>Brian O. Noble | Review and analyze draft witness statements. | 0.40 |
| 3/31/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | REVI<br>Brian O. Noble | Review case filings in light of summary judgment strategy session. | 0.70 |
| 3/31/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | CSAS<br>Brian O. Noble | Strategize regarding summary judgment evidence and arguments. | 0.70 |
| 3/31/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | DRAF<br>Brian O. Noble | Write section of opposition brief detailing key parties' roles, responsibilities, and reporting structures. | 2.30 |

# Time and Expense Report

9/28/2021

| Date | Client / Matter Ref | Code | Description | Dur/Qty |
|---|---|---|---|---|
| 4/03/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | REVI<br>Brian O. Noble | Review documents, pleadings, orders, and discovery responses in preparation for drafting responses to discovery motions and to better familiarize myself with the case. | 2.40 |
| 4/13/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | REVI<br>Brian O. Noble | Review discovery, documents produced, EEOC file, pleadings, and orders in preparation for motion for summary judgment. | 2.20 |
| 4/13/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | Brian O. Noble | Legal research regarding standard of proof necessary to establish a disability under federal discrimination statute. | 1.90 |
| 4/13/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | DRAF<br>Brian O. Noble | Outline the defendant's summary judgment arguments. | 1.00 |
| 4/13/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | CSAS<br>Brian O. Noble | Discuss merits of summary judgment arguments. | 0.40 |
| 4/14/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | REVI<br>Brian O. Noble | Review Freedom of Information Act file. | 0.80 |
| 4/14/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | CSAS<br>Brian O. Noble | Strategize regarding summary judgment arguments. | 0.50 |
| 4/14/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | REVI<br>Brian O. Noble | Begin reviewing discovery documents and depositions. | 2.70 |
| 4/14/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | CSAS<br>Brian O. Noble | Prepare outline of key issues to address in brief opposing summary judgment. | 0.80 |
| 4/15/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | REVI<br>Brian O. Noble | Review and analyze the plaintiff's deposition and defendant's exhibits. | 2.40 |
| 4/15/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | RESE<br>Brian O. Noble | Legal research regarding disability discrimination. | 1.10 |

# Time and Expense Report

9/28/2021

| Date | Client / Matter Ref | Code | Description | Dur/Qty |
|---|---|---|---|---|
| 4/15/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | CSAS<br>Brian O. Noble | Analyze the defendant's summary judgment brief statement of facts in light of attorney response notes and record evidence. | 1.80 |
| 4/16/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | REVI<br>Brian O. Noble | Review draft declaration to support opposition to summary judgment. | 0.10 |
| 4/16/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | CSAS<br>Brian O. Noble | Strategize regarding declarations. | 0.40 |
| 4/16/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | REVI<br>Brian O. Noble | Review and analyze the decision maker depositions, including analysis of exhibits. | 3.30 |
| 4/17/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | REVI<br>Brian O. Noble | Analyze deposition of corporate representative including analysis of exhibits. | 3.40 |
| 4/17/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | REVI<br>Brian O. Noble | Re-analyze deposition of Edith Avery and make notes for use in facts section of summary judgment opposition brief. | 1.80 |
| 4/17/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | CSAS<br>Brian O. Noble | Strategize regarding evidentiary submissions. | 0.30 |
| 4/20/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | CSAS<br>Brian O. Noble | Analyze defendant's answers to interrogatories. | 0.30 |
| 4/20/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | REVI<br>Brian O. Noble | Review and analyze deposition of Laurel Tucker, including comparison of her testimony to others' testimony, and make notes for use in facts section of summary judgment opposition brief. | 1.90 |
| 4/20/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | REVI<br>Brian O. Noble | Re-analyze the plaintiff's deposition and EEOC charge allegations in light of testimony of defense witnesses. | 1.50 |
| 4/20/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | REVI<br>Brian O. Noble | Read deposition of assistant store manager, including comparison of testimony to other witnesses. | 2.50 |

# Time and Expense Report

9/28/2021

| Date | Client / Matter Ref | Code | Description | Dur/Qty |
|---|---|---|---|---|
| 4/21/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | DRAF<br>Brian O. Noble | Draft response to the defendant's statement of facts. | 2.30 |
| 4/21/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | DRAF<br>Brian O. Noble | Identify and insert citations to the record to support response to defendant's statement of facts. | 1.70 |
| 4/21/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | DRAF<br>Brian O. Noble | Draft summary judgment opposition brief introduction section. | 0.50 |
| 4/22/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | REVI<br>Brian O. Noble | Review all notes concerning key documents and deposition testimony for incorporation into summary judgment brief statement of facts. | 1.90 |
| 4/22/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | DRAF<br>Brian O. Noble | Draft Plaintiff's additional undisputed facts section addressing the plaintiff's background, interview, and hiring. | 2.20 |
| 4/22/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | DRAF<br>Brian O. Noble | Draft plaintiff's additional undisputed facts section. | 0.70 |
| 4/22/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | DRAF<br>Brian O. Noble | Draft facts section in summary judgment brief addressing EEOC Charge and determination. | 0.50 |
| 4/22/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | DRAF<br>Brian O. Noble | Draft Plaintiff's additional undisputed facts section concerning the plaintiff's meeting with Edith Avery and termination. | 2.40 |
| 4/23/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | DRAF<br>Brian O. Noble | Draft legal argument section addressing the plaintiff's status as an individual with a disability. | 3.20 |
| 4/23/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | DRAF<br>Brian O. Noble | Review and revise the plaintiff's facts and his response to the defendant's facts. | 0.50 |
| 4/23/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | DRAF<br>Brian O. Noble | Draft argument for brief that the reasons offered for the plaintiff's termination were pretext. | 0.80 |

# Time and Expense Report

9/28/2021

| Date | Client / Matter Ref | Code | Description | Dur/Qty |
|---|---|---|---|---|
| 4/23/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | REVI<br>Brian O. Noble | Read deposition of Jeremy Wahl. | 0.50 |
| 4/23/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | DRAF<br>Brian O. Noble | Draft argument section in summary judgment opposition brief asserting that the plaintiff was discharged because of his disability. | 2.30 |
| 4/23/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | RESE<br>Brian O. Noble | Legal research to identify ADA case law precedent addressing, major life activities, meaning of substantially limited, amendments to the ADA, regarded as disabled claims, comparable disability cases, and pretext, among other things. | 1.20 |
| 4/24/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | REVI<br>Brian O. Noble | Review and revise first draft of summary judgment brief in preparation for filing. | 1.20 |
| 4/27/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | CSAS<br>Brian O. Noble | Strategize regarding courtesy copies. | 0.30 |
| 4/27/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | REVI<br>Brian O. Noble | Analyze appendix II to determine court filing requirements. | 0.10 |
| 5/18/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | REVI<br>Brian O. Noble | Analyze reply brief, including review of citations to the record and legal authority. | 1.50 |
| 5/19/2020 | Miles, William C.<br>Miles v. Wal-Mart Associates, Inc. | CSAS<br>Brian O. Noble | Strategize regarding the defendant's reply brief. | 0.20 |

**Total** 66.70